# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129405 & (9)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KENNETH CHARLES LESTER,
      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
      Defendant.

SC: 129405
AGC: 2991/04

_____/

      On order of the Court, the complaint for superintending control is considered. Relief is DENIED, because the Court is not persuaded that it should grant the requested relief. The motion to strike is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006 _____

s0221                                      Clerk